CM/ECF Version 3.2.3  https://ecf.wawd.circ9.dcn/cgi-bin/DktRpt.pl?105457002826473-L_961_0-1

Case 2:08-cv-01715-RSM   Document 95-2   Filed 02/19/2010   Page 1 of 13

APPEAL

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:08-cv-01715-RSM
# Internal Use Only

Qwest Corporation v. Anovian Inc et al  
Assigned to: Judge Ricardo S Martinez  
Cause: 28:1332 Diversity-Other Contract  

Date Filed: 11/26/2008  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Qwest Corporation** represented by **Douglas Noel Owens**
P.O. Box 25416
SEATTLE , WA 98165-2316
206-748-0367
Email: dnowens@q.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Aaron Walker**
WILKINSON BARKER KNAUER, LLP
1515 ARAPAHOE STREET
TOWER I, STE 1600
DENVER , CO 80202
303-572-5650
Email: mwalker@wbklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Roselli**
WILKINSON BARKER KNAUER, LLP
1515 ARAPAHOE STREET
TOWER I, STE 1600
DENVER , CO 80202
303-572-5661
Email: proselli@wbklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Anovian Inc**<br>*TERMINATED: 08/17/2009* | represented by | **Andrew H Salter**<br>SALTER JOYCE ZIKER<br>1601 5TH AVE<br>STE 2040<br>SEATTLE , WA 98101<br>206-957-5960<br>Email: asalter@sjzlaw.com |
| | | **Todd W Wyatt**<br>SALTER JOYCE ZIKER<br>1601 5TH AVE<br>STE 2040<br>SEATTLE , WA 98101<br>206-957-5955<br>Email: twyatt@sjzlaw.com |

**Defendant**

| | | |
|---|---|---|
| **Broadvox Inc** | represented by | **Alex E Gertsburg**<br>ALEX E GERTSBURG<br>1228 EUCLID AVE<br>#390<br>CLEVELAND , OH 44115<br>216-373-4811<br>Email: agertsburg@broadvox.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Anita Taff-Rice**<br>LAW OFFICES OF ANITA TAFF-RICE<br>1547 PALOS VERDES #298<br>WALNUT CREEK , CA 94597<br>415-699-7885<br>Email: anitataffrice@earthlink.net<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **David H Binney**<br>K&L GATES LLP (SEATTLE)<br>925 FOURTH AVE<br>STE 2900<br>SEATTLE , WA 98104-1158<br>206-623-7580<br>Fax: 206-623-7022<br>Email: david.binney@klgates.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Broadvox LLC** represented by **Alex E Gertsburg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anita Taff-Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Binney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BroadvoxGo! LLC** represented by **Alex E Gertsburg**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anita Taff-Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Binney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transcom Holdings Inc** represented by **Steven H Thomas**
*TERMINATED: 02/01/2010* MCGUIRE CRADDOCK & STROTHER
2501 NORTH HARWOOD
STE 1800
DALLAS , TX 75201
214-954-6800
Email: sthomas@mcslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian William Esler**
MILLER NASH LLP
601 UNION ST
4400 TWO UNION SQUARE
SEATTLE , WA 98101-2352

206-622-8484
Fax: 206-622-8484
Email: brian.esler@millernash.com
*ATTORNEY TO BE NOTICED*

**Brooks Elliott Harlow**
MILLER NASH LLP
601 UNION ST
4400 TWO UNION SQUARE
SEATTLE , WA 98101-2352
206-622-8484
Fax: 206-622-8484
Email: brooks.harlow@millernash.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Transcom Enhanced Services Inc**     represented by **Steven H Thomas**
*TERMINATED: 02/01/2010*         (See above for address)
                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

**Brian William Esler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brooks Elliott Harlow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maskina Communications Inc**
*TERMINATED: 02/04/2009*
*formerly known as*
Transcom Communications Inc
*TERMINATED: 02/04/2009*

**Defendant**

**Unipoint Holdings Inc**     represented by **Charles David Breckinridge**
WILTSHIRE & GRANNIS LLP
1200 18 ST NW
12TH FL
WASHINGTON , DC 20036
202-730-1349
Email: cbreckinridge@wiltshiregrannis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Pearse O'Donnell**
WILTSHIRE & GRANNIS LLP
1200 18 ST NW
12TH FL
WASHINGTON , DC 20036
202-730-1312
Email: podonnell@wiltshiregrannis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Geoffrey P Knudsen**
SMITH & HENNESSEY
316 OCCIDENTAL AVE S
STE 500
SEATTLE , WA 98104-2840
206-464-7335
Fax: 206-464-7335
Email: gknudsen@smithhennessey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unipoint Enhanced Services Inc**    represented by **Charles David Breckinridge**
*doing business as*                                   (See above for address)
Point One                                             *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

**Patrick Pearse O'Donnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Geoffrey P Knudsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unipoint Services Inc**    represented by **Charles David Breckinridge**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Pearse O'Donnell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Geoffrey P Knudsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2008 | 1 | COMPLAINT against defendants (Summons(es) issued)(Receipt # SEA 22175), filed by Qwest Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Transmittal email)(PM) (Entered: 11/28/2008) |
| 11/28/2008 | 4 | NOTICE OF INITIAL ASSIGNMENT TO A US MAGISTRATE JUDGE AND CONSENT FORM. If consent, return the executed form by 1/9/2009. **Please Note: Consents must not be electronically filed with the Court.** (NEF of this was sent to all counsel via Ad Hoc feature of ECF) (PM) (Entered: 11/28/2008) |
| 12/01/2008 | 5 | APPLICATION OF ATTORNEY Phillip J Roselli FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Qwest Corporation (Fee Paid) Receipt No. 09810000000001612684. (Attachments: # 1 Appendix Attorney Registration Form for the Electronic Case Filing System)(Owens, Douglas) (Entered: 12/01/2008) |
| 12/01/2008 | 6 | APPLICATION OF ATTORNEY Mark A Walker FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Qwest Corporation (Fee Paid) Receipt No. 09810000000001612716. (Attachments: # 1 Appendix Attorney Registration Form for the Electronic Case Filing System)(Owens, Douglas) (Entered: 12/01/2008) |
| 12/02/2008 | 7 | ORDER re 5 Application for Leave to Appear Pro Hac Vice,. The Court ADMITS Philip Joseph Roselli for Qwest Corporation, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 12/02/2008) |
| 12/02/2008 | 8 | ORDER re 6 Application for Leave to Appear Pro Hac Vice,. The Court ADMITS Mark Aaron Walker for Qwest Corporation, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 12/02/2008) |
| 12/05/2008 | 9 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. Joint Status Report due by 1/16/2009, FRCP 26f Conference Deadline is 1/2/2009, Initial Disclosure Deadline is 1/9/2009, by Judge Mary Alice Theiler. (JT) (Entered: 12/05/2008) |
| 12/08/2008 | 10 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Qwest Corporation identifying Corporate Parent Qwest Communications International Inc for Qwest Corporation. Filed by Plaintiffs Qwest Corporation, Qwest Communications International Inc.(Walker, Mark) (Entered: 12/08/2008) |
| 12/16/2008 | 11 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Anovian Inc on 12/8/2008 (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 12 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Broadvox LLC on 12/4/2008 *c/o Incorp Services, Inc. (Wilmington, DE)* (Walker, Mark) (Entered: 12/16/2008) |

| | | |
|---|---|---|
| 12/16/2008 | 13 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Broadvox LLC on 12/9/2008 *c/o Incorp Services, Inc. (Cincinnati, OH)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 14 | SERVICE OF SUMMONS and Complaint returned executed upon defendant BroadvoxGo! LLC on 12/2/2008 *c/o Incorp Services Inc. (Austin, TX)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 15 | SERVICE OF SUMMONS and Complaint returned executed upon defendant BroadvoxGo! LLC on 12/4/2008 *c/o Incorp Services, Inc. (Wilmington, DE)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 16 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Broadvox Inc on 12/2/2008 *c/o Incorp Services, Inc. (Austin, TX)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 17 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Broadvox Inc on 12/9/2008 *c/o Incorp Services, Inc. (Cincinnati, OH)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 18 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Transcom Enhanced Services Inc on 12/3/2008 (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 19 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Transcom Holdings Inc on 12/4/2008 (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 20 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Unipoint Enhanced Services Inc on 12/2/2008 (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 21 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Unipoint Holdings Inc on 12/3/2008 *c/o J. Michael Holloway, Registered Agent (Austin, TX)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 22 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Unipoint Holdings Inc on 12/4/2008 *c/o The Corporation Trust Company, Registered Agent (Wilmington, DE)* (Walker, Mark) (Entered: 12/16/2008) |
| 12/16/2008 | 23 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Unipoint Services Inc on 12/3/2008 (Walker, Mark) (Entered: 12/16/2008) |
| 12/19/2008 | 24 | APPLICATION OF ATTORNEY Steven H. Thomas FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc (Fee Paid) Receipt No. 09810000000001627978. (Attachments: # 1 Registration Form)(Esler, Brian) (Entered: 12/19/2008) |
| 12/19/2008 | 25 | NOTICE of Appearance by attorney Brian William Esler on behalf of Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc. (Esler, Brian) (Entered: 12/19/2008) |
| 12/22/2008 | 26 | NOTICE of Appearance by attorney Geoffrey P Knudsen on behalf of Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc. (Knudsen, Geoffrey) (Entered: 12/22/2008) |

| | | | |
|---|---|---|---|
| 12/22/2008 | 27 | Joint MOTION for Extension of Time to File Answer *and Suspension of Rule 26 FRCP Deadlines* by Plaintiff Qwest Corporation. (Attachments: # 1 Proposed Order Proposed Amended Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement) Noting Date 12/22/2008, (Walker, Mark) (Entered: 12/22/2008) | |
| 12/23/2008 | 28 | APPLICATION OF ATTORNEY Charles Breckinridge FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc (Fee Paid) Receipt No. 09810000000001628701. (Attachments: # 1 ECF Registratoin)(Knudsen, Geoffrey) (Entered: 12/23/2008) | |
| 12/23/2008 | 29 | APPLICATION OF ATTORNEY Patrick O'Donnell FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc (Fee Paid) Receipt No. 09810000000001628708. (Attachments: # 1 ECF Registration)(Knudsen, Geoffrey) (Entered: 12/23/2008) | |
| 12/30/2008 | 30 | NOTICE of Appearance by attorney David H Binney on behalf of Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. (Binney, David) (Entered: 12/30/2008) | |
| 12/31/2008 | 31 | APPLICATION OF ATTORNEY Anita Taff-Rice FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC (Fee Paid) Receipt No. 09810000000001632508. (Binney, David) (Entered: 12/31/2008) | |
| 12/31/2008 | 32 | APPLICATION OF ATTORNEY Alex E. Gertsburg FOR LEAVE TO APPEAR PRO HAC VICE for Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC (Fee Paid) Receipt No. 09810000000001632516. (Binney, David) (Entered: 12/31/2008) | |
| 01/05/2009 | 33 | ORDER re 31 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Anita Taff-Rice for Broadvox Inc, Broadvox LLC and BroadvoxGo! LLC, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 01/05/2009) | |
| 01/05/2009 | 34 | ORDER re 32 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Alex E Gertsburg for Broadvox Inc, Broadvox LLC and BroadvoxGo! LLC, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 01/05/2009) | |
| 01/05/2009 | 35 | ORDER re 28 Application for Leave to Appear Pro Hac Vice,. The Court ADMITS Charles David Breckinridge for Unipoint Holdings Inc, Unipoint Enhanced Services Inc and Unipoint Services Inc, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 01/05/2009) | |
| 01/05/2009 | 36 | ORDER re 29 Application for Leave to Appear Pro Hac Vice,. The Court ADMITS Patrick Pearse O'Donnell for Unipoint Holdings Inc, Unipoint Enhanced Services Inc and Unipoint Services Inc, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 01/05/2009) | |
| 01/05/2009 | 37 | ORDER re 24 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Steven H Thomas for Transcom Holdings Inc and Transcom Enhanced | |

| | | |
|---|---|---|
| | | Services Inc, by Bruce Rifkin. (No document associated with this docket entry, text only.)(RS) (Entered: 01/05/2009) |
| 01/05/2009 | 38 | MINUTE ORDER REASSIGNING CASE. As all parties do not consent to proceed before the Magistrate Judge, this case is reassigned to District Court Judge Ricardo S Martinez for all further proceedings. Magistrate Judge Mary Alice Theiler no longer assigned to case.(JT) (Entered: 01/05/2009) |
| 01/09/2009 | 39 | ORDER granting 27 Motion for Extension of Time to Answer ; dfts' answer due 2/6/09; striking dates set in Order re Initial Disclosures by Judge Ricardo S Martinez.(RS) (Entered: 01/09/2009) |
| 02/04/2009 | 40 | NOTICE of Voluntary Dismissal as to party(s) Maskina Communications Inc, filed by Plaintiff Qwest Corporation. (Walker, Mark) (Entered: 02/04/2009) |
| 02/05/2009 | 41 | NOTICE of Appearance by attorney Todd W Wyatt on behalf of Defendant Anovian Inc. (Wyatt, Todd) (Entered: 02/05/2009) |
| 02/05/2009 | 42 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Anovian Inc Filed by Defendant Anovian Inc.(Wyatt, Todd) (Entered: 02/05/2009) |
| 02/06/2009 | 43 | CORPORATE DISCLOSURE STATEMENT pursuant to FRCP 7.1. by Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc Filed by Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc.(Breckinridge, Charles) (Entered: 02/06/2009) |
| 02/06/2009 | 44 | MOTION to Dismiss by Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc. Oral Argument Requested. (Attachments: # 1 Exhibit Exhibit A (Holloway Affidavit), # 2 Exhibit Exhibit B (Slip Op. 23 Aug 05), # 3 Exhibit Exhibit C (Slip Op. 10 Nov. 08), # 4 Exhibit Exhibit D (Qwest Comments), # 5 Exhibit Exhibit E (Qwest Reply Comments)) Noting Date 3/6/2009, (Breckinridge, Charles) (Entered: 02/06/2009) |
| 02/06/2009 | 45 | MOTION to Dismiss by Defendant Anovian Inc. Oral Argument Requested. Noting Date 3/6/2009, (Wyatt, Todd) (Entered: 02/06/2009) |
| 02/06/2009 | 46 | DECLARATION of Dennis Barnes filed by Defendant Anovian Inc re 45 MOTION to Dismiss (Wyatt, Todd) (Entered: 02/06/2009) |
| 02/06/2009 | 47 | MOTION to Dismiss by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc. Oral Argument Requested. (Attachments: # 1 Proposed Order Granting Motion to Dismiss) Noting Date 3/6/2009, (Esler, Brian) (Entered: 02/06/2009) |
| 02/06/2009 | 48 | MOTION to Dismiss , *Or In The Alternative to Stay And Transfer* by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 3/6/2009, (Binney, David) (Entered: 02/06/2009) |
| 02/06/2009 | 49 | AFFIDAVIT of Eugene Blumin filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC re 48 MOTION to Dismiss , *Or In The Alternative to Stay And Transfer* (Binney, David) (Entered: 02/06/2009) |
| 02/06/2009 | 50 | AFFIDAVIT of Scott Birdwell filed by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc re 47 MOTION to Dismiss (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A-C, # 2 Exhibit D-H, # 3 Exhibit I, # 4 Errata 1)(Esler, Brian) (Entered: 02/06/2009) |
| 02/06/2009 | 51 | STATEMENT *CORPORATE DISCLOSURE STATEMENT* by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc. (Esler, Brian) (Entered: 02/06/2009) |
| 02/09/2009 | 52 | STATEMENT of Defendants *Fed. R. Civ. P. Corporate Disclosure Statement of Defendants Broadvox, Inc., Broadvox, LLC and BroadvoxGo!* by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. (Binney, David) (Entered: 02/09/2009) |
| 02/18/2009 | 53 | Joint MOTION for Extension of Time *regarding briefing schedule and for a consolidated opposition brief* by Plaintiff Qwest Corporation. (Attachments: # 1 Proposed Order on Parties' Joint Motion for an Extended Briefing Schedule and Consolidated Opposition Brief) Noting Date 2/18/2009, (Walker, Mark) (Entered: 02/18/2009) |
| 02/24/2009 | 54 | MINUTE ORDER granting the parties' 53 Joint Motion for Extension of Time. The four pending motions 44 , 45 , 47 , 48 shall be re-noted to 5/8/09. Pltf shall file a consolidated opposition brief on 4/13/09, dfts' replies shall be due on the noting date, by Judge Ricardo S Martinez.(VP) (Entered: 02/24/2009) |
| 04/13/2009 | 55 | RESPONSE, by Plaintiff Qwest Corporation, to 48 MOTION to Dismiss , *Or In The Alternative to Stay And Transfer*, 44 MOTION to Dismiss, 45 MOTION to Dismiss, 47 MOTION to Dismiss. Oral Argument Requested. (Attachments: # 1 Exhibit Exhibits to Qwest's Consolidated Opposition Brief)(Walker, Mark) (Entered: 04/13/2009) |
| 05/08/2009 | 56 | REPLY, filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC, TO RESPONSE to 48 MOTION to Dismiss , *Or In The Alternative to Stay And Transfer* (Binney, David) (Entered: 05/08/2009) |
| 05/08/2009 | 57 | AFFIDAVIT of of Eugene Blumin in Support of Reply of Broadvox Defendants filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC re 48 MOTION to Dismiss , *Or In The Alternative to Stay And Transfer* (Binney, David) (Entered: 05/08/2009) |
| 05/08/2009 | 58 | DECLARATION of David H. Binney In Support of Defendants Reply to Qwests' Opposition filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC re 48 MOTION to Dismiss , *Or In The Alternative to Stay And Transfer* (Binney, David) (Entered: 05/08/2009) |
| 05/08/2009 | 59 | REPLY, filed by Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc, TO RESPONSE to 44 MOTION to Dismiss (Breckinridge, Charles) (Entered: 05/08/2009) |
| 05/08/2009 | 60 | REPLY, filed by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc, TO RESPONSE to 47 MOTION to Dismiss (Esler, Brian) (Entered: 05/08/2009) |
| 05/20/2009 | 61 | NOTICE of Change of Address of Attorney Charles David Breckinridge. Filed by Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc. (Breckinridge, Charles) (Entered: 05/20/2009) |

| | | | |
|---|---|---|---|
| 05/22/2009 | 62 | NOTICE *of Supplemental Authority* ; filed by Defendants Unipoint Holdings Inc, Unipoint Enhanced Services Inc, Unipoint Services Inc. (Attachments: # 1 Supplement Iqbal Decision)(O'Donnell, Patrick) (Entered: 05/22/2009) | |
| 06/22/2009 | 63 | NOTICE of Change of Address of Attorney Mark Aaron Walker. Filed by Plaintiff Qwest Corporation. (Walker, Mark) (Entered: 06/22/2009) | |
| 08/17/2009 | 64 | NOTICE of Voluntary Dismissal as to party(s) Anovian Inc, filed by Plaintiff Qwest Corporation. (Walker, Mark) (Entered: 08/17/2009) | |
| 10/09/2009 | | Set Oral Argument on 44 MOTION to Dismiss : Motion Hearing set for 10/28/2009 at 11:00 AM before Judge Ricardo S. Martinez. (LW) (Entered: 10/09/2009) | |
| 10/28/2009 | 65 | MINUTE ENTRY for proceedings held before Judge Ricardo S. Martinez- Dep Clerk: *Lowell Williams*; Pla Counsel: *Philip Roselli, Douglas Owens*; Def Counsel: *Charles Breckinridge, Patrick O'Donnell, Geoffrey Knudsen, David Binney, Anita Taff-Rice, Brian Esler*; CR: *Kari Davidson*; Time of Hearing: *11:00 AM*; Courtroom: *13206*;**Motion Hearing** held on 10/28/2009 re 44 MOTION to Dismiss filed by Unipoint Services Inc, Unipoint Enhanced Services Inc, Unipoint Holdings Inc. Court hears argument from counsel and takes matter under advisement. (LW) (Entered: 10/28/2009) | |
| 12/15/2009 | 66 | ORDER granting dft UniPoint's 44 Motion to Dismiss and the complaint is dismissed with leave to amend; pltf has 30 days to file an amended complaint by Judge Ricardo S Martinez.(RS) (Entered: 12/15/2009) | |
| 12/16/2009 | 67 | ORDER granting dft Transcom's 47 Motion to Dismiss for lack of jurisdiction by Judge Ricardo S Martinez.(RS) (Entered: 12/16/2009) | |
| 12/16/2009 | 68 | ORDER granting The Broadvox dfts' 48 Motion to Dismiss for lack of jurisdiction by Judge Ricardo S Martinez.(RS) (Entered: 12/16/2009) | |
| 12/30/2009 | 69 | MOTION for Reconsideration re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* by Plaintiff Qwest Corporation. (Attachments: # 1 Proposed Order) Noting Date 12/30/2009, (Walker, Mark) (Entered: 12/30/2009) | |
| 12/30/2009 | 70 | Second MOTION for Reconsideration re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No.2:08-cv-1715-RSM* by Plaintiff Qwest Corporation. (Attachments: # 1 Proposed Order) Noting Date 12/30/2009, (Walker, Mark) (Entered: 12/30/2009) | |
| 12/30/2009 | 71 | MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* by Plaintiff Qwest Corporation. (Attachments: # 1 Proposed Order) Noting Date 1/15/2010, (Walker, Mark) (Entered: 12/30/2009) | |
| 01/11/2010 | 72 | RESPONSE, by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC, to 71 MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM*. (Binney, David) (Entered: 01/11/2010) | |

| | | |
|---|---|---|
| 01/11/2010 | 73 | RESPONSE, by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc, to 71 MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM*. (Esler, Brian) (Entered: 01/11/2010) |
| 01/11/2010 | 74 | DECLARATION of Brooks E. Harlow filed by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc re 71 MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Esler, Brian) (Entered: 01/11/2010) |
| 01/11/2010 | 75 | PROPOSED ORDER (Unsigned) re 74 Declaration,, 71 MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM* MOTION Motion for Entry of Rule 54(b) Final Judgment re 67 Order on Motion to Dismiss, 68 Order on Motion to Dismiss, Terminated Case *No. 2:08-cv-01715-RSM*, 73 Response to Motion, (Esler, Brian) (Entered: 01/11/2010) |
| 01/14/2010 | 76 | AMENDED COMPLAINT against defendant(s) all defendants, filed by Qwest Corporation.(Walker, Mark) (Entered: 01/14/2010) |
| 01/19/2010 | 77 | ORDER ON MOTIONS FOR RECONSIDERATION denying pltf's 69 Motion for Reconsideration ; denying pltf's 70 Motion for Reconsideration by Judge Ricardo S Martinez.(RS) (Entered: 01/19/2010) |
| 01/20/2010 | 78 | ORDER granting pltf's 71 Motion for entry of Rule 54(B) Final Judgment by Judge Ricardo S Martinez.(RS) (Entered: 01/21/2010) |
| 01/20/2010 | 79 | JUDGMENT BY COURT ; dft's motion to dismiss for lack of personal jurisdiction was granted as to dft Transcom and dft Broadvox in the court's order dated 12/16/09; jgm entered as to those dfts (RS) (Entered: 01/21/2010) |
| 01/28/2010 | 80 | STIPULATION AND PROPOSED ORDER *to Extend UniPoint Response Date* by parties re 76 Amended Complaint. (O'Donnell, Patrick) (Entered: 01/28/2010) |
| 01/29/2010 | 81 | STIPULATION AND ORDER re 80 Stipulation extending due date for defendant's response to amended complaint filed by Unipoint Services Inc, Unipoint Enhanced Services Inc, Unipoint Holdings Inc, by Judge Ricardo S Martinez. (MD) (Entered: 01/29/2010) |
| 02/03/2010 | 82 | MOTION for Attorney Fees *and Costs* by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. (Attachments: # 1 Proposed Order) Noting Date 2/12/2010, (Binney, David) (Entered: 02/03/2010) |
| 02/03/2010 | 83 | MOTION for Attorney Fees *, Non-Taxable Expenses & Costs* by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc. (Attachments: # 1 Proposed Order) Noting Date 2/19/2010, (Esler, Brian) (Entered: 02/03/2010) |
| 02/03/2010 | 84 | AFFIDAVIT filed by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc re 83 MOTION for Attorney Fees *, Non-Taxable Expenses & Costs* *[Steven H. Thomas]* (Esler, Brian) (Entered: 02/03/2010) |

| | | |
|---|---|---|
| 02/03/2010 | 85 | AFFIDAVIT of BROOKS E. HARLOW filed by Defendants Transcom Holdings Inc, Transcom Enhanced Services Inc re 83 MOTION for Attorney Fees , *Non-Taxable Expenses & Costs* (Esler, Brian) (Entered: 02/03/2010) |
| 02/05/2010 | 86 | NOTICE of Change of Address of Attorney Mark Aaron Walker. Filed by Plaintiff Qwest Corporation. (Walker, Mark) (Entered: 02/05/2010) |
| 02/05/2010 | 87 | NOTICE that the following is RE-NOTED: 82 MOTION for Attorney Fees *and Costs*. Filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. Noting Date 2/19/2010, (Binney, David) (Entered: 02/05/2010) |
| 02/16/2010 | 88 | RESPONSE, by Plaintiff Qwest Corporation, to 82 MOTION for Attorney Fees *and Costs*. Oral Argument Requested. (Attachments: # 1 Talmadge Declaration, # 2 Owens Declaration)(Walker, Mark) (Entered: 02/16/2010) |
| 02/16/2010 | 89 | RESPONSE, by Plaintiff Qwest Corporation, to 83 MOTION for Attorney Fees , *Non-Taxable Expenses & Costs*. Oral Argument Requested. (Attachments: # 1 Talmadge Declaration, # 2 Owens Declaration)(Walker, Mark) (Entered: 02/16/2010) |
| 02/19/2010 | 90 | NOTICE OF APPEAL as to 79 Judgment by Court by Plaintiff Qwest Corporation. Filing Fee $455, Receipt number 09810000000001984669. (Attachments: # 1 Representation Statement)(Walker, Mark) (Entered: 02/19/2010) |
| 02/19/2010 | 91 | REPLY, filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC, TO RESPONSE to 82 MOTION for Attorney Fees *and Costs* (Attachments: # 1 Proposed Order)(Binney, David) (Entered: 02/19/2010) |
| 02/19/2010 | 92 | DECLARATION of David H. Binney in Support of Reply filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC re 82 MOTION for Attorney Fees *and Costs* (Binney, David) (Entered: 02/19/2010) |
| 02/19/2010 | 93 | MOTION to Disqualify *WILKINSON, BARKER, KNAUER, LLP; TO STRIKE OPPOSITION BRIEF FILED BY WILKINSON IN VIOLATION OF CONFLICT OF INTEREST RULES; AND FOR OTHER APPROPRIATE RELIEF* by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC. (Attachments: # 1 Proposed Order) Noting Date 3/12/2010, (Binney, David) (Entered: 02/19/2010) |
| 02/19/2010 | 94 | DECLARATION of ALEX GERTSBURG filed by Defendants Broadvox Inc, Broadvox LLC, BroadvoxGo! LLC re 93 MOTION to Disqualify *WILKINSON, BARKER, KNAUER, LLP; TO STRIKE OPPOSITION BRIEF FILED BY WILKINSON IN VIOLATION OF CONFLICT OF INTEREST RULES; AND FOR OTHER APPROPRIATE RELIEF* (Attachments: # 1 Exhibit A-1 through A-4)(Binney, David) (Entered: 02/19/2010) |